CITY OF NEW YORK, Appellant, *v.* PENNSYLVANIA RAILROAD COMPANY, Respondent.

Argued April 21, 1953; decided May 28, 1953.

*Denis M. Hurley, Corporation Counsel (Milton H. Harris, Harry E. O'Donnell* and *Reuben Levy* of counsel), for appellant.

*William J. O'Shea, John Godfrey Saxe, Henry J. Kennedy* and *John A. Kiser* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.